(e) Unless excused by the court, a moving party shall appear personally or by a representative at the hearing held on the motion. If the moving party fails to appear, the court may assess a penalty of not more than $100. Any other interested party or his attorney may appear and be heard at the hearing.

## MARCH 7, 1977

PEOPLE V PATTERSON. (Docket No. 56694.) Motion by plaintiff-appellant for reconsideration of this Court's order of August 18, 1976 (397 Mich 843), is considered and the same is granted. On reconsideration, pursuant to GCR 1963, 853.2(4), it is ordered that the case is remanded to the Recorder's Court for entry of a judgment of conviction of the lesser included offense of manslaughter and for resentencing. If the prosecuting attorney is persuaded that the ends of justice would be better served, upon notification to the trial court before resentencing, the trial court shall vacate the judgment and conviction and grant a new trial on the charge the defendant committed the crime of first-degree murder. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people, appellant. *Robert R. Mallory* and *Carl Ziemba* for defendant-appellee. Case below, Court of Appeals No. 18851, per curiam opinion of January 30, 1975.

ROCKWELL V CRESTWOOD SCHOOL DISTRICT BOARD OF EDUCATION. (Docket No. 56618.) Motion to set aside the judgment of this Court of April 4, 1975 (393 Mich 616) denied. *Royal G. Targan* and *Edward L. Homeier* for defendant-cross-plaintiff-appellant Crestwood School District Board of Education. *Levin, Levin, Garvett & Dill* for defendants-cross-defendants-appellees Crestwood Education Association, et al. Reported below: 57 Mich App 636.